BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAY 0 7 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-75 SAB |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING COMPLAINT |
| LUIS TEJEDA-HURTADO, RAUL REYES-RECIO, ROBERTO ALFONZO GOMEZ, LARRY DUNCAN, CHARLOTTE MILLER, AND ALYNICA ELLIOT, | |
| Defendants. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings and having also applied for the complaint to remain under seal in order to prevent the flight of the targets of the investigation, and all the targets now having been arrested,

IT HEREBY ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter shall be unsealed.

Dated: MAY 7, 2014

HONORABLE STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint

1