UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS TEJEDA-HURTADO,<br><br>        Defendant. | CASE NO. 1:14-cr-00103 LJO SKO<br><br>**ORDER RESETTING MOTION TO REVOKE** |

On June 25, 2014, this Court held a Bail Review Hearing as to Defendant Luis Enrique Tejada-Hurtado ("Defendant"). The Defendant was ordered released on pretrial conditions.

Following the hearing, additional information regarding the third party custodian was brought to the Court's attention by Pretrial Services as well as in the government's motion for revocation of the magistrate judge's order. The undersigned has discussed the procedural posture of this case with U.S. District Judge Lawrence J. O'Neill.

In light of the new information, the undersigned's order releasing Defendant on conditions is hereby STAYED and this matter is RESET for a Bail Review Hearing before U.S. Magistrate Judge Sheila K. Oberto on Friday, July 18, 2014, at 2:00 p.m. The July 14, 2014, hearing before District Judge O'Neill is hereby VACATED.

IT IS SO ORDERED.

    Dated: __**July 11, 2014**__                    __/s/ Sheila K. Oberto__
                                                                   UNITED STATES MAGISTRATE JUDGE