**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, LUIS TEJEDA-HURTADO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **14-cr-0103-LJO-SKO** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND BRIEFING SCHEDULE AND ORDER** |
| v. | |
| **LUIS TEJEDA-HURTADO, et al.,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for October 17, 2015, at 8:30 a.m. be continued to **November 21, 2016, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

**IT IS ALSO STIPULATED** by and between the parties herein, that the briefing schedule shall be as follows:

Informal objections shall become due on **October 24, 2016.**

Formal objections shall become due on **November 7, 2016.**

The need for a continuance is based upon defense counsel's need for additional time in which to conduct sentencing related investigation prior to being able to accomplish the probation interview, and thereafter, to be able to prepare a complete Sentencing Memorandum.

1

In addition, defense counsel has been recently required to be away from the office for a considerable amount of time as related to personal matters.  Further, defense counsel has been handling other cases which has also precluded defense counsel from being able to conduct the case-related work expeditiously.

This request is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Kathleen Servatius.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: August 30, 2016.     Respectfully submitted,

NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
   ROGER T. NUTTALL
   Attorneys for Defendant,
   LUIS TEJEDA-HURTADO

Dated: August 30, 2016.     PHILLIP A. TALBERT
                            Acting United States Attorney


By /s/ KATHLEEN SERVATIUS
   KATHLEEN SERVATIUS
   Assistant U.S. Attorney


**ORDER**

Good cause appearing therefor,

**T**he Sentencing Hearing currently scheduled on October 17, 2016, at 8:30 a.m., is continued to

///

2

**November 21, 2016, at 8:30 a.m.,** and the above-noted briefing schedule be followed.

IT IS SO ORDERED.

    Dated:  **August 31, 2016**              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES CHIEF DISTRICT JUDGE